

Adele WEISS, Claimant-Appellant, v. The
UNITED STATES of America,
Defendant-Appellee.

No. 33, Docket 22767.

United States Court of Appeals
Second Circuit.

Argued Oct. 7, 1953.

Decided Oct. 21, 1953.

Writ of Certiorari Denied
Jan. 4, 1954.

See 74 S.Ct. 311.

See also 2 Cir., 199 F.2d 454.

Sidney Morse, Brooklyn, N. Y., for claimant-appellant.

Warren E. Burger, Asst. Atty. Gen., Leonard P. Moore, U. S. Atty., New York City, Paul A. Sweeney, and Thomas E. Walsh, Attorneys, Department of Justice, Washington, D. C., for defendant-appellee.

Before CHASE, Chief Judge, and CLARK and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, D.C., 116 F.Supp. 959.

NATIONAL LABOR RELATIONS
BOARD, Petitioner, v. C. E. SAWYER,
d/b/a Sawyer Sheet Metal Fabricators,
Respondent.

No. 14680.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1953.

A. Norman Somers, Asst. Gen. Counsel, N.L.R.B., David P. Findling, Assoc. Gen. Counsel, Washington, D. C., Frank E. Hamilton, Jr., Atty. N.L.R.B., Atlanta, Ga., George J. Bott, Gen. Counsel,

Marcel Mallet-Prevost, Robert E. Miller, Attorneys, National Labor Relations Board, Washington, D. C., for petitioner.

Maurice F. Bishop, Birmingham, Ala., for respondent.

Before HOLMES and RIVES, Circuit Judges, and KENNAMER, District Judge.

PER CURIAM.

It is ordered that the petition for the enforcement of the order of the Board in this case be, and the same hereby is, granted.

Enforcement ordered.

Elizabeth S. HALBACH and Franklin H.
Stafford, as Trustees Under Agreement
of Trust Made by Ernest K. Halbach,
Dated December 6, 1940, v. James E.
MARKHAM, as Alien Property Custodian.

Appeal of Anne Halbach BUMSTED and
Mary Elizabeth Kemmerer, Successors
in Interest to the Above-named Trustees.

No. 10907.

United States Court of Appeals
Third Circuit.

Argued Oct. 22, 1953.

Decided Nov. 2, 1953.

Alvin O. West, Washington, D. C. (Joseph B. Keenan, Washington, D .C., Thomas J. Brogan, Jersey City, N. J., on the brief), for appellants.

David Schwartz, Washington, D. C. (Rowland F. Kirks, Asst. Atty. Gen., Director, Office of Alien Property, Washington, D. C., Paul V. Myron, Deputy Director, Dorchester, Mass., Grover C. Richman, Jr., U. S. Atty., Dist. of N. J., Camden, N. J., James D. Hill, George B. Searls, Paul E. McGraw, Washington, D.